## C C C & ST L RY CO v KUHL, Admrx

Ohio Supreme Court

No 22418. Decided April 22, 1931

Marshall, C. J., Matthias Kinkade and Robinson, JJ, concur. Jones J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**